# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DANIEL LEMKE, et al,**

    Plaintiff,

vs.                                    **CASE NO. 1:06CV155-SPM/AK**

**UNITED STATES,**

    Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Presently before the Court in the above entitled action is Plaintiff's Stipulation of Dismissal. Based on this filing, the Court hereby **DISMISSES THIS CAUSE WITHOUT PREJUDICE**, with each party to bear their own costs.

**DONE AND ORDERED** this 17th day of September, 2007.

                                              __s/A Kornblum_____
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**